## Jeanette Martin, Plaintiff-Appellee, v. Central Engineering Company, Defendant-Appellant.

### Gen. No. 10,619.

Wood, McNeal & Warner, for appellant; Dan H. McNeal, of counsel; Coyle, Stengel & Gilman, for

appellee; Francis J. Coyle, Samuel M. Gilman, and Francis C. King, of counsel. Opinion by PRESIDING JUSTICE DOVE. **Not to be published in full.** Opinion filed July 2, 1953; released for publication July 20, 1953.